IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMERICAN AUTOMOBILE ASSOCIATION, INC.                                    PLAINTIFF

vs.                              Civil No. 6:10-cv-06020

ADVANCE QUOTES, LLC et al.                                               DEFENDANTS

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion/Notice of Dismissal without Prejudice of Defendants Does 1 through 10, Inclusive. ECF No. 21. Plaintiff filed this motion seeking to voluntarily dismiss Defendant Does 1 through 10. *See id.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Robert T. Dawson referred this motion to the this Court for the purpose of making a report and recommendation.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, an voluntary dismissal of this nature is permitted without a court order as long as the plaintiff files "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." In this case, the opposing party has not served an answer or a motion for summary judgment. Thus, because this motion does not even require a court order, this Court recommends that this Motion/Notice of Dismissal without Prejudice of Defendants Does 1 through 10, Inclusive (ECF No. 21) be **GRANTED** as a matter of course pursuant to Rule 41(a).

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** *See  Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 28th day of June 2010.**

s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE
