IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMERICAN AUTOMOBILE ASSOCIATION, INC.                        PLAINTIFF

v.                          Case No. 10-6020

ADVANCE QUOTES, LLC;
JEFF MCCLENDON; and
JOHN DOES 1-10                                              DEFENDANTS

## ORDER

Now on this 26th day of July 2010, there comes on for consideration the report and recommendations filed on June 28, 2010 (doc. 26) and June 29, 2010 (doc. 27), by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No objections were filed to the report and recommendations.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, Plaintiff's Motion to Dismiss (doc. 21) is GRANTED, and John Does 1-10 are DISMISSED as defendants. Further, Plaintiff's Motion for Default Judgment (doc. 16) is GRANTED against Advance Quotes, LLC and Jeff McClendon, and these defendants are permanently enjoined from using any of Plaintiff's marks, including the "AAA" mark, on any of their websites, including www.medicalquotefinder.com. Defendants are also enjoined from engaging in any "pay-per-click" advertising with Plaintiff's marks. Finally, a default judgment will be entered against

**AO72A**
**(Rev. 8/82)**

Defendants for $19,982.00 in attorney's fees and $910.30 in costs to be awarded to Plaintiff.

Pursuant to 15 U.S.C. § 1116, Defendants are directed to file with this Court and serve on Plaintiff within thirty (30) days after the service of the permanent injunction a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.  Failure to comply with the Court's order may result in contempt proceedings against Defendants.

IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**