IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMERICAN AUTOMOBILE ASSOCIATION, INC.                              PLAINTIFF

v.                            Case No. 10-6020

ADVANCE QUOTES, LLC;
and JEFF MCCLENDON                                                DEFENDANTS

## ORDER

    Now on this 10th day of November 2011, there comes on for consideration the report and recommendation filed on June 8, 2011 (doc. 40) by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No objections were filed to the report and recommendation. Further, on September 16, 2011, the Court issued an order directing Jeff McClendon to appear at a hearing on November 2, 2011, to show cause for his failure to comply with the default judgment in this matter. (Doc. 42). Defendants failed to appear at the hearing. Plaintiff appeared through its counsel, Mr. Chris McNulty.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court finds Jeff McClendon in contempt for failing to obey the orders of this Court.

    The Court finds Plaintiff is entitled to (1) immediate payment of the entire amount granted in the Default Judgment (doc. 29); (2) immediate payment of Plaintiff's costs and attorneys' fees incurred in attempting to enforce the Default Judgment in the amount of

16,487.19; (3) immediate cessation of any use of Plaintiff's AAA Marks on any of Defendants' websites; (4) an injunction prohibiting use of any additional aliases (including but not limited to Web Inc.) to continue Defendants' violations of the Default Judgment; (5) payment to AAA of a fine of $1,000 each day if any of these conditions are not satisfied within 30 days of entry of this Order; (6) an injunction requiring Network Solutions LLC, the Registrar of the domain names associated with Defendants' websites (or the current Registrar), to deactivate all websites associated with domain names controlled by Defendants if Plaintiff discovers any infringing use of the AAA Marks on any website associated with Defendants; and (7) an injunction requiring Verisign, the registry, to change the current Registrar to MarkMonitor, Inc., and upon transfer, deactivate all websites associated with domain names controlled by Defendants should Network Solutions LLC fail to deactivate all websites associated with domain names controlled by Defendants.

    IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge